file 4:13-cv-00090-KG

Nancy Johnson
v.
Valley Medical moorpark lab clinic et al,

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 30 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

The main Hospital address is as follow

Santa Clara Valley Medical Center
751 South Bascom Ave.
San Jose, California, 95128
Ph. 408-885-5000
Fax 408-793-1817

Moopark Lab
2400 Moorpark Ave
San Jose, Ca. 95128
Fax 408-282-0525

file     4:13-CV-00090-KGB

Please Note
The Moorpark Lab is part of the Santa Clar Valley Medical Center Mentioned on 1st page address.

I have been advised to leave any amount open that I maybe seeking. I may have set to low

Thank you
Nancy L.
1800 Broadway St 1408
L.R. Ark, 72206