| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Nancy Johnson | COURT CASE NUMBER<br>4:13-cv-00090-KGB |
|---|---|
| DEFENDANT<br>Valley Medical Moorpark Lab Clinic, et al | TYPE OF PROCESS<br>summons/complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Santa Clara Valley Medical Hospital |
| | ADDRESS Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 751 South Bascom Avenue    San Jose, CA 95128 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Johnson
1800 Broadway, No. 1408
Little Rock, AR 72206

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 21 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED
13 MAY -2 PM 3: 46
U.S. MARSHAL
EASTERN ARKANSAS

| Signature of Attorney or other Originator requesting service on behalf of:<br>K.P. Roy | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(501) 604-5351 | DATE<br>5/1/13 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>01 | District of Origin<br>No. 09 | District to Serve<br>No 09 | Signature of Authorized USMS Deputy or Clerk<br>Diane Darbonne | Date<br>05/07/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc.. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 05/10/13 | 12:00 | pm |

Signature of U.S. Marshal or Deputy
Diane Darbonne

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | 6.77 | | 6.77 | |

REMARKS:
Certified Mail
7012 2920 0001 7004 8737

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Michael M[?]* | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>*Michael Hudson* | C. Date of Delivery<br>5/10/13 |
| 1. Article Addressed to:<br><br>Santa Clara Valley Med. Hosp.<br>751 South Bascom Avenue<br>San Jose, CA 95128 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7012 2920 0001 7004 8737 | |
| PS Form 3811, February 2004 | Domestic Return Receipt 4:13CV00090 | 102595-02-M-1540 |