11-26-13                    4:13-Cv-00090-KGB

Nancy Johnson
V
The County of Santa Clara,
"Clerk of Board, etal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 29 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This letter is to express my intentions to move forward with this matter. I will either be present for hearings etc. or legal rep. will be present in Santa Clara. I at this time will also correct the requested 5 million dollars asked in the April, 13 filing and increase to 10 million dollars

Thank you
Nancy Jah—