UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY JOHNSON, | Case No.: 14-CV-00672-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

On March 3, 2014, Plaintiff Nancy Johnson moved for appointment of counsel (ECF No. 32). On March 5, 2014, Defendant County of Santa Clara moved to dismiss the complaint (ECF No. 31); a hearing on that motion is currently scheduled for July 10, 2014. On March 14, 2014, Defendant moved to continue the Case Management Conference currently scheduled for June 11, 2014 to a date in September (ECF No. 36). Defendant states that Plaintiff does not object to continuing the Case Management Conference, but could not commit to a specific date.

In light of the parties' submissions, it is hereby ORDERED that:

Plaintiff's motion for appointment of counsel is DENIED. Plaintiff is referred to the Federal Legal Assistance Self-Help ("FLASH") Center, at 280 South 1st Street, 2nd Floor, Room 2070, San Jose, CA 95113, Phone: (408) 297-1480.

1

Case No.: 14-CV-00672-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Plaintiff may file her response to Defendant's motion to dismiss by May 7, 2014.

The June 11, 2014 Case Management Conference is hereby continued to September 10, 2014 at 2:00 P.M.

**IT IS SO ORDERED.**

Dated: March 19, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge