Nancy Johnson,

    Plaintiff,

V

County of Santa Clara,

    Defendant,

FILED
2014 MAR 17  P 7:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

NO. 14-CV-000672-LHK

date: 3-17-2014

Responson to motion: Filed 3-5-2014

A request for assignment of a Attorney is before the courts all communications pretaining to this Claim should be directed to the assigned Attorney.

Thank you

Nancy Johnson   3-17-2014

1800 Broadway St. 1408,
Little Rock, Arkansas, 72206