ORRY P. KORB, County Counsel (S.B. #114399)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant,
County of Santa Clara

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

| | |
|---|---|
| Nancy Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>County of Santa Clara,<br><br>    Defendant. | No. 14-CV-000672-BLF<br><br>**DEFENDANT COUNTY OF SANTA CLARA'S NOTICE OF UNAVAILABILITY OF COUNSEL** |

Please take notice that Deputy County Counsel Marcy L. Berkman will be out of the office and unavailable from May 26, 2014 through June 22, 2014. During this time, counsel will be unavailable to respond to notices, discovery, motions or any other matter. Serving matters which require a timed response or scheduling matters which require an appearance during this time can be punished by the court with the imposition of sanctions. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th, 299.

Dated: April 24, 2014

Respectfully submitted,

ORRY P. KORB
County Counsel

By: _____/S/_____
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendant

899965

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

Nancy Johnson v County of Santa Clara                    14-CV-000672-BLF

I, Hosetta P. Zertuche, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DEFENDANT COUNTY OF SANTA CLARA'S NOTICE OF UNAVAILABILITY OF COUNSEL** by placing said copy in an envelope addressed to:

| Nancy Johnson<br>1800 Broadway Street<br>No. 1408<br>Little Rock, AR 72206 | Nancy Johnson<br>1800 Broadway Street<br>No. 1408<br>Little Rock, AR 772206 |
|---|---|

which envelope was then sealed, with postage fully prepaid thereon, on April 24, 2014, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on April 24, 2014, at San Jose, California.

*/s/ Hosetta P. Zertuche*
Hosetta P. Zertuche

898161