UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2014 APR 28 P 5: 24

NANCY JOHNSON

Case No. C-14-00672-BLF

Plaintiff

VALLEY MEDICAL MOORPARK LAB CLINIC

Defendant

MOTION TO REINSTATE ORGINIAL CASE MANAGEMENT CONFERENCE DATE

Comes now the Plaintiff, Nancy Johnson, to motion the Court to REINSTATE ORIGINAL CASE MANAGEMENT CONFERENCE DATE in the above case, for the following reasons:



1. No written and filed motion by the Defendant to reschedule the original date for the case management conference date that the Plaintiff is aware of.

2. Any change of date from the original date would conflict any medical matters concerning the Plaintiff. A date in July of 2014 would be in the best interest of all parties especially since there is a motion for assistance of counsel submitted and filed the Plaintiff before the court.

THEREFORE, the Plaintiff, Nancy Johnson prays that the Court would grant her MOTION TO REINSTATE ORGINIAL CASE MANAGEMENT CONFERENCE DATE, and any other relief that the Plaintiff, Nancy Johnson is entitled to.

Respectfully submitted,

*Nancy Johnson* 4-22-14

Nancy Johnson
Appearing Pro se
1800 South Broadway
Apt. 1408
Little Rock, AR 72206


CERTIFICATE OF SERVICE

The Plaintiff, Nancy Johnson certifies that a copy of the above foregoing MOTION TO REINSTATE ORGINIAL CASE MANAGEMENT CONFERENCE DATE has been placed in the United States Postal Service to be delivered first class and addressed to Defendant's attorney, Marcy L. Berkman which is located at 70 West Hedding Street, East Wing, Ninth Floor, San Jose, CA 95110-1770.

*Nancy Johnson* 4-22-14