UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Johnson,<br><br>      Plaintiff,<br><br>v.<br><br>County of Santa Clara,<br><br>      Defendant. | No. 14-CV-000672-BLF<br><br>**[PROPOSED] ORDER** |

The Court having considered the CMC statement filed by Defendant County of Santa Clara, the motion filed by Plaintiff to set CMC date, and the County's response thereto, the Court hereby orders that:

1. Defendant County's pending motion to dismiss is scheduled for hearing before Judge Beth Labson Freeman at 9:00 a.m. on July 10, 2014.

2. A case management conference is scheduled for _____, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:

                                                                UNITED STATES COURT JUDGE