14-CV-00672-BLF

Nancy Johnson
V
Santa Clara County et al,

Motion to transfer above Claim out of Santa Clara county

FILED 2014 MAY 15 A 9:52 RICHARD W. WEKING CLERK US DISTRICT COURT

The motion for a attorney to be assigned has been denied I stated medical reasons which is valid, The need for assitance from a Attorney you assigned Flash which advised I dissmiss this Claim there has been to much damage done to me family and Love ones this Claim is not going away, it is Clear this District Court is sitting in Santa Clara and is Clearly leaning towards the County I am still trying to find the eye of Justice in this If the Claim had been read you would also found a waiver of fee Reviews I feel are going to be vital

Nancy Johnson
5-11-14