UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY, CALIFORNIA,<br><br>        Defendant. | Case No.  14-cv-00672-BLF<br><br>**ORDER VACATING AUGUST 7, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendant's Motion to Dismiss, currently set for hearing on August 7, 2014, to be appropriate for resolution without oral argument. Civil L.R. 7-1(b) ("In the Judge's discretion . . . a motion may be determined without oral argument."). As such, the Court VACATES the upcoming August 7, 2014 hearing date.

**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
BETH LABSON FREEMAN
United States District Judge