

FILED

JUN 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NANCY JOHNSON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SANTA CLARA COUNTY,<br><br>        Defendant - Appellee,<br><br>  and<br><br>VALLEY MEDICAL MOORPARK LAB CLINIC and VALLEY MEDICAL HOSPITAL,<br><br>        Defendants. | No. 15-15381<br><br>D.C. No. 5:14-cv-00672-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

     On May 12, 2015, this court denied appellant's motion to proceed in forma pauperis and ordered appellant, within 21 days, to pay the docketing and filing fees for this appeal and to simultaneously show cause why the order challenged in this appeal should not be summarily affirmed. The order warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court, regardless of further filings. To date, appellant has not paid the fees for this appeal. Appellant has filed a motion for reconsideration, but the May 12, 2015

hmb/MOATT

order provided that no motions for reconsideration, clarification, or modification shall be entertained. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Holly Baldwin
Deputy Clerk